# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARK A. COCHRAN,

    Petitioner,

vs.            No. CV 18-00320 KG/KK

STATE OF NEW MEXICO,

    Respondent.

## JUDGMENT

**THIS MATTER** having come before the Court under Rule 4 of the Rules Governing Section 2254 Proceedings on the Petition Under 28 U.S.C. § 2254 For a Writ of Habeas Corpus by a Person in State Custody filed by Petitioner Mark A. Cochran (Doc. 1), and the Court having entered a memorandum opinion and order dismissing the Petition,

**IT IS ORDERED** that **JUDGMENT** is entered against Petitioner and the Petition Under 28 U.S.C. § 2254 For a Writ of Habeas Corpus by a Person in State Custody filed by Petitioner Mark A. Cochran (Doc. 1), and all claims and causes of action are **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE